Key and Wife *v.* Addicks and Others.

Nov. Term,
1856.
———
WOODRUFF
v.
THE STATE.
*Tuesday,*
*January* 27,
1857.

APPEAL from the *Perry* Circuit Court.

*Per Curiam.*—Complaint to foreclose a mortgage executed by *Key* and wife to secure the note of *L. D. Stickney* & Co., of which firm *Key* was a partner. The decree is against the defendants, *Key* and wife, for the amount of the note and interest; and in case the mortgaged premises should fail to satisfy the debt, then that the plaintiffs have further execution against the defendants, *Key* and wife, to satisfy the same.

The personal judgment against Mrs. *Key*, is erroneous. She is in court for the sole purpose of concluding her marital rights in the mortgaged premises. Having executed the mortgage with her husband, she is a proper party for that purpose. But she is not a debtor, nor in any other sense a party to the suit.

The decree should be against *Key* alone,—ordering the mortgaged premises and all the rights of *Key* and wife therein to be sold, &c.; and in case the proceeds should not be sufficient to satisfy the debt, then that further execution go to be levied of *Key's* property only.

The judgment is reversed with costs. Cause remanded, &c.

*B. Smith,* for the appellants.